UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ORLANDO SMITH,           )<br>                                         )<br>    Plaintiff(s),              )<br>                                         )<br>    vs.                             )<br>                                         )<br>MICHAEL ASTRUE,      )<br>Commissioner of Social Security,  )<br>                                         )<br>    Defendant(s).            ) | Case No. 4:11CV1380 JCH |

## JUDGMENT AND ORDER OF REMAND

In accordance with the Order entered this day and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that this matter is reversed and remanded to the Commissioner for further proceedings.


Dated this  3rd  day of May, 2012.


                                                                /s/Jean C. Hamilton
                                                                UNITED STATES DISTRICT JUDGE