UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| ORLANDO SMITH, | ) | |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | Case No. 4:11CV1380 JCH |
| | ) | |
| MICHAEL ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant(s). | ) | |

**JUDGMENT AND ORDER OF REMAND**

In accordance with the Order entered this day and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that this matter is reversed

and remanded to the Commissioner for further proceedings.


Dated this __3rd__ day of May, 2012.



/s/Jean C. Hamilton
UNITED STATES DISTRICT JUDGE